MARISA D. POULOS (SBN 197904)
marisa.poulos@balboacapital.com
MICHAEL H. RAICHELSON (SBN 174607)
michael.raichelson@balboacapital.com
BRIAN DA COSTA (SBN 342660)
brian.dacosta@balboacapital.com
BALBOA CAPITAL CORPORATION
575 Anton Boulevard, 12th Floor
Costa Mesa, California 92626
Tel: (949) 399-6303

Attorneys for Plaintiff,
BALBOA CAPITAL CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEEVISION OPHTHALMOLOGY SERVICES, PLLC, a New York professional limited liability company; and DAVID H. LEE, an individual,<br><br>Defendants. | Case No.: 8:23−cv−00904 JVS (KESx)<br><br>**PLAINTIFF BALBOA CAPITAL CORPORATION'S REQUEST TO THE CLERK OF COURT FOR ENTRY OF DEFAULTS AGAINST DEFENDANTS LEEVISION OPHTHALMOLOGY SERVICES, PLLC AND DAVID H. LEE; DECLARATION OF MICHAEL H. RAICHELSON IN SUPPORT THEREOF** |

**TO THE CLERK OF THE COURT:**

Pursuant to Federal Rule of Civil Procedure 55(a), plaintiff Balboa Capital

Corporation ("Balboa") hereby requests that the Clerk of the Court enter defaults

---

**1**

against defendants LEEVISION OPHTHALMOLOGY SERVICES, PLLC and DAVID H. LEE in this matter on the ground that the defendants have failed to file a response to Balboa's Complaint within the time prescribed by Federal Rule of Civil Procedure 15(a).

As set forth in the Proofs of Service and the Declaration of Michael H. Raichelson dated June 22, 2023 ("Raichelson Dec."), which is attached to this Request, Balboa caused LEEVISION OPHTHALMOLOGY SERVICES, PLLC and DAVID H. LEE to be served with the Complaint and Summons thereon on May 27, 2023. LEEVISION OPHTHALMOLOGY SERVICES, PLLC and DAVID H. LEE have not filed the required answer or other responsive pleading to the Complaint within the time period required by the Federal Rules.

Specifically, on May 27, 2023, Balboa served defendants LEEVISION OPHTHALMOLOGY SERVICES, PLLC and DAVID H. LEE with the Complaint and Summons thereon by personally leaving copies of them with DAVID H. LEE, individually, and with DAVID H. LEE, as the owner of LEEVISION OPHTHALMOLOGY SERVICES, PLLC and authorized agent to accept service of process of LEEVISION OPHTHALMOLOGY SERVICES, PLLC at 14218 38th Ave Ste A, Flushing, NY 11354-5654. Raichelson Dec, ¶ 2, Exhibits 1 and 2 (Proofs of Service).

**PLAINTIFF BALBOA CAPITAL CORPORATION'S REQUEST TO THE CLERK OF COURT FOR ENTRY OF DEFAULTS AGAINST DEFENDANTS LEEVISION OPHTHALMOLOGY SERVICES, PLLC AND DAVID H. LEE**

Defendant LEEVISION OPHTHALMOLOGY SERVICES, PLLC and DAVID H. LEE have not filed an answer or otherwise filed a responsive pleading to the Complaint (Raichelson Dec, ¶ 3), although such response was due to be filed no later than June 20, 2023 under Federal Rule of Civil Procedure 12(a)(1)(i). Thus, in accordance with Federal Rule of Civil Procedure, Rule 55(a), Balboa hereby respectfully requests that the Clerk of this Court enter defaults against defendants LEEVISION OPHTHALMOLOGY SERVICES, PLLC and DAVID H. LEE.

Dated: June 23, 2023                    **BALBOA CAPITAL CORPORATION**

                                        /s/ Michael H. Raichelson

                                        _____

                                        By:
                                        MARISA D. POULOS
                                        MICHAEL H. RAICHELSON
                                        BRIAN DA COSTA
                                        Attorneys for Plaintiff
                                        BALBOA CAPITAL
                                        CORPORATION

**PLAINTIFF BALBOA CAPITAL CORPORATION'S REQUEST TO THE CLERK OF COURT FOR ENTRY OF DEFAULTS AGAINST DEFENDANTS LEEVISION OPHTHALMOLOGY SERVICES, PLLC AND DAVID H. LEE**

## <u>DECLARATION OF MICHAEL H. RAICHELSON IN SUPPORT OF REQUEST TO ENTER DEFAULT</u>

I, Michael H. Raichelson, declare:

1.      I am an Associate Counsel for plaintiff Balboa Capital Corporation ("Balboa), and I am an attorney at law licensed to practice in the State of California. I am one of the attorneys principally responsible for this case. Consequently, I have personal knowledge of the facts and circumstances set forth below and if called as a witness to testify under oath, I would testify as follows.

2.      On May 27, 2023, Balboa served defendants LEEVISION OPHTHALMOLOGY SERVICES, PLLC and DAVID H. LEE with the Complaint and Summons thereon by personally leaving copies of them with DAVID H. LEE, individually, and as the owner and authorized agent for LEEVISION OPHTHALMOLOGY SERVICES, PLLC at 14218 38th Ave Ste A, Flushing, NY 11354-5654. Attached hereto and incorporated herein by this reference as Exhibits 1 and 2 are true and correct copies respectively of the Proof of Service for LEEVISION OPHTHALMOLOGY SERVICES, PLLC, and the Proof of Service for DAVID H. LEE.

3.      Defendants LEEVISION OPHTHALMOLOGY SERVICES, PLLC and DAVID H. LEE have not filed an answer or otherwise filed a responsive pleading to the Complaint, although such response was due no later than June 20, 2023 under Federal Rule of Civil Procedure 12(a)(1)(i).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that the documents attached hereto are true and correct copies of what they purport to be.

Executed this 23rd day of June, 2023, in Calabasas, California.
<u>/s/ Michael H. Raichelson</u>
Michael H. Raichelson

---

**4**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# EXHIBIT 1

28

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Marisa D. Poulos, Esq. · SBN: 197904<br>BALBOA CAPITAL<br>575 Anton Boulevard 12th Floor Costa Mesa, CA 92626<br><br>TELEPHONE NO.: (888) 225-2621 | FAX NO. | E-MAIL ADDRESS marisa.poulos@balboacapital.com<br>ATTORNEY FOR *(Name)*: Plaintiff: BALBOA CAPITAL CORPORATION, a California corporation | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 411 WEST FOURTH STREET
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: SOUTHERN DISTRICT

| PLAINTIFF/PETITIONER: BALBOA CAPITAL CORPORATION, a California corporation<br>DEFENDANT/RESPONDENT: LEEVISION OPHTHALMOLOGY SERVICES, PLLC, etc., et al. | CASE NUMBER:<br>8:23-cv-00904 JVS KES |
|---|---|

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>LEEVISION 385210-000 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **Civil Cover Sheet; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Initial Order Following Filing Of Complaint Assigned To Judge Selna; Notice To Parties Of Court-Directed ADR Program; Notice Of Assignment To United States Judges; Notice To Counsel Re Consent To Proceed Before A United States Magistrate Judge**

3. a. Party served *(specify name of party as shown on documents served):*
   **LEEVISION OPHTHALMOLOGY SERVICES, PLLC, a New York Professional limited liability company**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **DAVID H. LEE - OWNER-AUTHORIZED TO ACCEPT**
   **Age: 45-50 | Weight: 160 | Hair: Black | Sex: Male | Height: 5'6 | Eyes: | Race: Asian**

4. Address where the party was served: **14218 38th Ave Ste A**
   **Flushing, NY 11354-5654**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **5/27/2023** (2) at *(time):* **10:33 AM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

PETITIONER: BALBOA CAPITAL CORPORATION, a California corporation

RESPONDENT: LEEVISION OPHTHALMOLOGY SERVICES, PLLC, etc., et al.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*  (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*) (Code Civ. Proc., § 415.30.)*

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
☐ 416.50 (public entity)      ☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**

a. Name: **Steven Torres - Nationwide Legal, LLC REG: 12-234648**

b. Address: **901 W. Civic Center Drive, Suite# 190  Santa Ana, CA 92703**

c. Telephone number: **(714) 558-2400**

d. **The fee** for service was: **$ 292.60**

e. I am:

(1) ☑ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☐ registered California process server:

(i) ☐ owner ☐ employee ☐ independent contractor.

(ii) Registration No.: **2067104**

(iii) County: **New York**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/30/2023**

**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**
**www.nationwideasap.com**

_____
**Steven Torres**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   ▶   (SIGNATURE)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT 2

27
28

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Marisa D. Poulos, Esq. : SBN: 197904<br>BALBOA CAPITAL<br>575 Anton Boulevard  12th Floor Costa Mesa, CA 92626<br><br>TELEPHONE NO.: (888) 225-2621 \| FAX NO. \| E-MAIL ADDRESS marisa.poulos@balboacapital.com<br>ATTORNEY FOR *(Name):* Plaintiff: BALBOA CAPITAL CORPORATION, a California corporation | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 411 WEST FOURTH STREET
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: SOUTHERN DISTRICT

| PLAINTIFF/PETITIONER: BALBOA CAPITAL CORPORATION, a California corporation<br>DEFENDANT/RESPONDENT: LEEVISION OPHTHALMOLOGY SERVICES, PLLC, etc., et al. | CASE NUMBER:<br>8:23-cv-00904 JVS KES |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>LEEVISION 385210-000 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **Civil Cover Sheet; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Initial Order Following Filing Of Complaint Assigned To Judge Selna; Notice To Parties Of Court-Directed ADR Program; Notice Of Assignment To United States Judges; Notice To Counsel Re Consent To Proceed Before A United States Magistrate Judge**

3. a. Party served *(specify name of party as shown on documents served):*
   **DAVID H. LEE, an individual**
   **Age: 45-50 | Weight: 160 | Hair: Black | Sex: Male | Height: 5'6 | Eyes: | Race: Asian**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:  **14218 38th Ave Ste A**
   **Flushing, NY 11354-5654**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 5/27/2023  (2) at *(time):* **10:33 AM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

**POS010-1/OC135197A**

PETITIONER: BALBOA CAPITAL CORPORATION, a California corporation

RESPONDENT: LEEVISION OPHTHALMOLOGY SERVICES, PLLC, etc., et al.

CASE NUMBER:
**8:23-cv-00904 JVS KES**

---

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                 (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*) (Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                   ☐ other:

7. **Person who served papers**
    a. Name:  **Steven Torres - Nationwide Legal, LLC REG: 12-234648**
    b. Address:  **901 W. Civic Center Drive, Suite# 190  Santa Ana, CA 92703**
    c. Telephone number:  **(714) 558-2400**
    d. **The fee** for service was: **$ 167.60**
    e. I am:
        (1) ☑ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☐ registered California process server:
            (i) ☐ owner  ☐ employee     ☐ independent contractor.
            (ii) Registration No.: **2067104**
            (iii) County: **New York**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/30/2023**

**N**  **Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**
**www.nationwideasap.com**

---
      **Steven Torres**            ▶
  (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)

---

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address Is 575 Anton Boulevard, 12th Floor, Costa Mesa, California 92626. On June 23, 2023, I served the within document(s):

PLAINTIFF BALBOA CAPITAL CORPORATION'S REQUEST TO THE CLERK OF COURT FOR ENTRY OF DEFAULTS AGAINST DEFENDANTS LEEVISION OPHTHALMOLOGY SERVICES, PLLC AND DAVID H. LEE; DECLARATION OF MICHAEL H. RAICHELSON IN SUPPORT THEREOF

on all the interested parties by placing true and correct copies thereof addressed as shown on the attached list, as designated below:

( X )   BY FIRST CLASS MAIL: By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United Stated Post Office at Costa Mesa, California, addressed as set forth below. I am "readily familiar" with Balboa Capital Corporation's practice for collection and processing of mail. Under that practice such envelope(s) would be placed with the United States Postal Service on the date specified below with postage there on fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing the affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: June 23, 2023                    /s/ Linda Frazier
                                         Linda Frazier

**PLAINTIFF BALBOA CAPITAL CORPORATION'S REQUEST TO THE CLERK OF COURT FOR ENTRY OF DEFAULTS AGAINST DEFENDANTS LEEVISION OPHTHALMOLOGY SERVICES, PLLC AND DAVID H. LEE**

Balboa Capital Corporation vs. Leevision Ophthamology Services, PLLC, et al.
*United States District Court, Central District of California, Southern
Division; Case No.: 8:23−cv−00904 JVS (KESx)*

LEEVISION OPHTHALMOLOGY SERVICES, PLLC, a New York
professional limited liability company;
c/o DAVID H. LEE, OWNER-AUTHORIZED TO ACCEPT
14218 38th Ave Ste A
Flushing, NY 11354-5654

DAVID H. LEE, an individual,
14218 38th Ave Ste A
Flushing, NY 11354-5654

**PLAINTIFF BALBOA CAPITAL CORPORATION'S REQUEST TO THE CLERK OF COURT FOR
ENTRY OF DEFAULTS AGAINST DEFENDANTS LEEVISION OPHTHALMOLOGY SERVICES,
PLLC AND DAVID H. LEE**