# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Balboa Capital Corporation<br><br>PLAINTIFF(S)<br>v.<br>Leevision Ophthalmology Services, PLLC et al<br><br>DEFENDANT(S). | CASE NUMBER:<br>8:23-cv-00904-JVS-KESx<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 7/24/23 | 14 | First Application for Default Judgment |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Filer shall consult the Notice of Deficiency [17] and correct all deficiencies prior to re-filing. Corrected Motion/Application for Default Judgment to be filed by 8/25/23.

Dated: 8/10/23          By: /s/ James V. Selna
                            U.S. District Judge / U.S. Magistrate Judge