1
2
3
4
5
6
7
8
9
10
11
12
13

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEEVISION OPHTHALMOLOGY SERVICES, PLLC, a New York professional limited liability company; and DAVID H. LEE, an individual,<br><br>Defendants. | Case No. 8:23-cv-00904-JVS-KES<br><br>[Assigned to the Hon. James V. Selna]<br><br>**DEFAULT JUDGMENT BY CLERK** |
|---|---|

# DEFAULT JUDGMENT

Pursuant to the Application for Default Judgment ("Application") of plaintiff Balboa Capital Corporation ("Balboa"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefor,

This default judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure as follows:

1. Judgment be entered in this matter, in favor of Balboa and against defendants Leevision Ophthalmology Services, PLLC, a New York professional limited liability company ("Leevision") and David H. Lee ("Lee") (collectively, "Defendants"), jointly and severally, in the total amount of **$269,040.24**; which represents (1) the principal amount owed of $247,176.08; (2) costs in the amount of $862.20; (3) attorneys' fees in the amount of $8,543.32; and (4) $12,458.64 in prejudgment interest at the statutory rate of ten percent (10%) per annum, from March 25, 2023 (the date of breach) to September 25, 2023.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED:  August 29, 2023        _Evelyn Sysyphus_ _____Deputy_____
                               CLERK U.S. DISTRICT COURT