NEAL S. SALISIAN, SBN 240277
GLENN COFFMAN, SBN 305669
neal.salisian@salisianlee.com / glenn.coffman@salisianlee.com
SALISIAN | LEE LLP
550 South Hope Street, Suite 750
Los Angeles, California 90071-2924
Telephone:      (213) 622-9100
Facsimile:       (800) 622-9145

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation, | CASE NUMBER<br><br>8:23-cv-00904-JVS-KES |
| v.                                                     PLAINTIFF(S), | |
| LEEVISION OPHTHALMOLOGY SERVICES, PLLC, a New York professional limited liability company; and DAVID H. LEE, an individual<br><br>DEFENDANT(S) | **APPLICATION TO THE CLERK TO TAX COSTS** |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways:  (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov.  See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | Balboa Capital Corporation, a California corporation |
| Judgment entered on: | August 29, 2023 |
| Docket #: | . 20 |
| Names of party(ies) against whom judgment was entered: | LEEVISION OPHTHALMOLOGY SERVICES, PLLC, a New York professional limited liability company; and DAVID H. LEE, an individual |

### DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: August 25, 2023          Signature:                    /s/ Neal S. Salisian
                                        Name:                    Neal S. Salisian
                                        ☒ Attorney of            Balboa Capital Corporation
                                           Record for:

| COURT USE ONLY |
|---|
| ☒ Application GRANTED in whole/part; costs are taxed in the amount of $ . 862.20 |
| ☐ Application DENIED because:   ☐ Not timely filed (L.R. 54-2.1). |
| ☐ Insufficient supporting documentation provided (L.R. 54-2.1). |
| ☐ Filer is not prevailing party (L.R. 54-1). |
| |
| Date: . 8/29/2023          **Kiry K. Gray, District Court Executive/Clerk of Court** |
| By: /s/ Evelyn Synagogue |
| Deputy Clerk |

**Case Title:** <u>Balboa Capital Corporation v. Leevision Ophthalmology, PLLC</u>, et al.; **Case No:** 8:23-cv-00904-JVS-KES

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item*
### *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| 1 | | *L.R. 54-3.1 Clerk's Fees (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | | $402.00 | Exh. A | | | | |
| 2 | | *L.R. 54-3.2 Fees for Service of Process* | | | | | |
| | | $460.20 | Exh. B | | | | |
| 3 | | *L.R. 54-3.3 United States Marshal's Fees* | | | | | |
| | | | | | | | |
| 4 | | *L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)* | | | | | |
| | | | | | | | |
| 5 | | *L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)* | | | | | |
| | | | | | | | |
| 6 | | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | | | | | | |
| 7 | | *L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)* | | | | | |
| | | | | | | | |
| 8 | | *L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | | | | | | |
| 9 | | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)* | | | | | |
| | | | | | | | |
| 10 | | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* | | | | | |
| | (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | | | | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | | | | | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | | | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |
| | | | | | | | |
| | (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | | | | | | |
| | (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | (g) | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | | | | | | |
| 11 | | ***L.R. 54-3.11 Premiums on Undertakings and Bonds*** | | | | | |
| | | | | | | | |
| 12 | | ***L.R. 54-3.12 Other Costs*** (*Court order must be attached; only visual aids, models, and photographs taxable under this rule*) | | | | | |
| | | | | | | | |
| 13 | | ***L.R. 54-3.13 State Court Costs*** (*taxable only if taxable in state court; include citation to applicable state statute or rule*) | | | | | |
| | | | | | | | |
| 14 | | ***L.R. 54-4 Items Taxable as Costs on Appeal*** (*only items taxable under Fed. R. App. P. 39(e)*) | | | | | |
| | | | | | | | |
| 15 | | ***L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court*** | | | | | |
| | | | | | | | |
| TOTAL | | $862.20 | | $0.00 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** <u>Balboa Capital Corporation v. Leevision Ophthalmology, PLLC, et al.</u>; **Case No:** 8:23-cv-00904-JVS-KES

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

▪ Attendance fees taxable only at statutory rate. 28 U.S.C. § 1821(b).
▪ Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
▪ For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
▪ Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

*WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees)*

# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:23-cv-00904-JVS-KES

| | |
|---|---|
| Balboa Capital Corporation v. Leevision Ophthalmology Services, PLLC et al | Date Filed: 05/22/2023 |
| Assigned to: Judge James V. Selna | Jury Demand: None |
| Referred to: Magistrate Judge Karen E. Scott | Nature of Suit: 190 Contract: Other |
| Demand: $263,000 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Breach of Contract | |

**Plaintiff**

**Balboa Capital Corporation**
*a California corporation*

represented by **Brian Da Costa**
Balboa Capital Corporation
575 Anton Boulevard, 12th Floor
Costa Mesa, CA 92626
949-399-6303
Email: brian.dacosta@balboacapital.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa D Poulos**
Balboa Capital Corporation
575 Anton Boulevard 12th Floor
Costa Mesa, CA 92626
949-399-6303
Email: marisa.poulos@balboacapital.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael H Raichelson**
Balboa Capital Corporation
575 Anton Boulevard 12th Floor
Costa Mesa, CA 92626
949-399-6303
Email:
michael.raichelson@balboacapital.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Leevision Ophthalmology Services, PLLC**
*a New York professional limited liability company*

**Defendant**

David H. Lee
*an individual*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2023 | 1 | COMPLAINT Receipt No: ACACDC-35355582 - Fee: $402, filed by plaintiff Balboa Capital Corporation. (Attachments: # 1 Exhibit 1) (Attorney Brian Da Costa added to party Balboa Capital Corporation(pty:pla))(Da Costa, Brian) (Entered: 05/22/2023) |
| 05/22/2023 | 2 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Balboa Capital Corporation. (Da Costa, Brian) (Entered: 05/22/2023) |
| 05/22/2023 | 3 | CIVIL COVER SHEET filed by Plaintiff Balboa Capital Corporation. (Da Costa, Brian) (Entered: 05/22/2023) |
| 05/22/2023 | 4 | CERTIFICATE of Interested Parties filed by Plaintiff Balboa Capital Corporation, identifying Ameris Bank. (Da Costa, Brian) (Entered: 05/22/2023) |
| 05/24/2023 | 5 | NOTICE OF ASSIGNMENT to District Judge James V. Selna and Magistrate Judge Karen E. Scott. (ghap) (Entered: 05/24/2023) |
| 05/24/2023 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) (Entered: 05/24/2023) |
| 05/24/2023 | 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap) (Entered: 05/24/2023) |
| 05/24/2023 | 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to David H. Lee, Leevision Ophthalmology Services, PLLC. (ghap) (Entered: 05/24/2023) |
| 05/25/2023 | 9 | INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA. (eva) (Entered: 05/25/2023) |
| 06/05/2023 | 10 | PROOF OF SERVICE Executed by Plaintiff Balboa Capital Corporation, upon Defendant Leevision Ophthalmology Services, PLLC served on 5/27/2023, answer due 6/20/2023. Service of the Summons and Complaint were executed upon David H. Lee-Owner/Authorized to accept in compliance with Federal Rules of Civil Procedure by personal service (Da Costa, Brian) (Entered: 06/05/2023) |
| 06/05/2023 | 11 | PROOF OF SERVICE Executed by Plaintiff Balboa Capital Corporation, upon Defendant David H. Lee served on 5/27/2023, answer due 6/20/2023. Service of the Summons and Complaint were executed upon David H. Lee, an individual in compliance with Federal Rules of Civil Procedure by personal service (Da Costa, Brian) (Entered: 06/05/2023) |
| 06/23/2023 | 12 | First REQUEST for Clerk to Enter Default against defendants All Defendants filed by plaintiff Balboa Capital Corporation. (Da Costa, Brian) (Entered: 06/23/2023) |
| 06/27/2023 | 13 | DEFAULT BY CLERK F.R.Civ.P.55(a) as to Leevision Ophthalmology Services, PLLC, David H. Lee (es) (Entered: 06/27/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/19/2023 17:47:55 | | |
| **PACER Login:** | briandacosta | **Client Code:** |

https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?16586437270312-L_1_0-1                    2/3

| Description: | Docket Report | Search Criteria: | 8:23-cv-00904-JVS-KES End date: 7/19/2023 |
| --- | --- | --- | --- |
| Billable Pages: | 3 | Cost: | 0.30 |

# EXHIBIT "B"

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Marisa D. Poulos, Esq. · SBN: 197904<br>BALBOA CAPITAL<br>575 Anton Boulevard  12th Floor Costa Mesa, CA 92626<br><br>TELEPHONE NO.: (888) 225-2621 | FAX NO. | E-MAIL ADDRESS marisa.poulos@balboacapital.com<br>ATTORNEY FOR *(Name):* Plaintiff: BALBOA CAPITAL CORPORATION, a California corporation | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 411 WEST FOURTH STREET
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: SOUTHERN DISTRICT

| PLAINTIFF/PETITIONER: BALBOA CAPITAL CORPORATION, a California corporation<br>DEFENDANT/RESPONDENT: LEEVISION OPHTHALMOLOGY SERVICES, PLLC, etc., et al. | CASE NUMBER:<br>8:23-cv-00904 JVS KES |
|---|---|

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>LEEVISION 385210-000 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **Civil Cover Sheet; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Initial Order Following Filing Of Complaint Assigned To Judge Selna; Notice To Parties Of Court-Directed ADR Program; Notice Of Assignment To United States Judges; Notice To Counsel Re Consent To Proceed Before A United States Magistrate Judge**

3. a. Party served *(specify name of party as shown on documents served):*
   **LEEVISION OPHTHALMOLOGY SERVICES, PLLC, a New York Professional limited liability company**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **DAVID H. LEE - OWNER-AUTHORIZED TO ACCEPT**
   Age: 45-50 | Weight: 160 | Hair: Black | Sex: Male | Height: 5'6 | Eyes: | Race: Asian

4. Address where the party was served:  **14218 38th Ave Ste A**
   **Flushing, NY 11354-5654**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **5/27/2023**     (2) at *(time):* **10:33 AM**

   b. ☐ **by substituted service.** On *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):*  from *(city):*                          **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

PETITIONER: BALBOA CAPITAL CORPORATION, a California corporation

RESPONDENT: LEEVISION OPHTHALMOLOGY SERVICES, PLLC, etc., et al.

CASE NUMBER:
8:23-cv-00904 JVS KES

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*          (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)*

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)       ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association)       ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
☐ 416.50 (public entity)       ☐ 415.46 (occupant)
                          ☐ other:

7. **Person who served papers**
a. Name: **Steven Torres - Nationwide Legal, LLC REG: 12-234648**
b. Address: **901 W. Civic Center Drive, Suite# 190  Santa Ana, CA 92703**
c. Telephone number: **(714) 558-2400**
d. **The fee** for service was: **$ 292.60**
e. I am:

(1) ☑ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☐ registered California process server:
(i) ☐ owner  ☐ employee  ☐ independent contractor.
(ii) Registration No.: **2067104**
(iii) County: **New York**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/30/2023**

**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**
**www.nationwideasap.com**

_____
**Steven Torres**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       ▶       (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Marisa D. Poulos, Esq. · SBN: 197904<br>BALBOA CAPITAL<br>575 Anton Boulevard 12th Floor Costa Mesa, CA 92626<br><br>TELEPHONE NO.: (888) 225-2621 \| FAX NO. \| E-MAIL ADDRESS marisa.poulos@balboacapital.com<br>ATTORNEY FOR *(Name):* Plaintiff: BALBOA CAPITAL CORPORATION, a California corporation | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 411 WEST FOURTH STREET

CITY AND ZIP CODE: SANTA ANA, CA 92701

BRANCH NAME: SOUTHERN DISTRICT

| PLAINTIFF/PETITIONER: BALBOA CAPITAL CORPORATION, a California corporation<br>DEFENDANT/RESPONDENT: LEEVISION OPHTHALMOLOGY SERVICES, PLLC, etc., et al. | CASE NUMBER:<br>8:23-cv-00904 JVS KES |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>LEEVISION 385210-000 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☑ Summons
   - b. ☑ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet
   - e. ☐ Cross-Complaint
   - f. ☑ other *(specify documents):* **Civil Cover Sheet; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Initial Order Following Filing Of Complaint Assigned To Judge Selna; Notice To Parties Of Court-Directed ADR Program; Notice Of Assignment To United States Judges; Notice To Counsel Re Consent To Proceed Before A United States Magistrate Judge**

3. a. Party served *(specify name of party as shown on documents served):*
   **DAVID H. LEE, an individual**

   **Age: 45-50 | Weight: 160 | Hair: Black | Sex: Male | Height: 5'6 | Eyes: | Race: Asian**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: **14218 38th Ave Ste A**
   **Flushing, NY 11354-5654**

5. I served the party *(check proper box)*
   - a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **5/27/2023** (2) at *(time):* **10:33 AM**
   - b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

     - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
     - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
     - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.
     - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

**POS010-1/OC135197A**

PETITIONER: BALBOA CAPITAL CORPORATION, a California corporation

RESPONDENT: LEEVISION OPHTHALMOLOGY SERVICES, PLLC, etc., et al.

| | |
|---|---|
| | 8:23-cv-00904 JVS KES |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                      (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name: **Steven Torres - Nationwide Legal, LLC REG: 12-234648**

  b. Address: **901 W. Civic Center Drive, Suite# 190  Santa Ana, CA 92703**

  c. Telephone number: **(714) 558-2400**

  d. **The fee for service was: $ 167.60**

  e. I am:

    (1) ☑ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ registered California process server:

        (i) ☐ owner   ☐ employee   ☐ independent contractor.

        (ii) Registration No.: **2067104**

        (iii) County: **New York**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/30/2023**

**N** Nationwide Legal, LLC
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**
**www.nationwideasap.com**

_____
**Steven Torres**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE)